CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 5 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CYNTHIA DIANE DEEL, | ) | Civil Action No. 7:04CV00150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BANK OF AMERICA, N.A. | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED** and **ORDERED** that defendant Bank of America's (BOA) redactions of the following documents from its Wrap Document were properly redacted, and these redactions are protected by attorney-client privilege and may not be disclosed: BOA 0914; 0925; 0940; 0942-44; 0971; 0993-99; 1009-12; 1014-18; 1020-26; 1028-40; 1074-77; 1080-81; 1083-86; 1088-94; 1096-112; 1125; 1130-31; 1133; 1139-40; 1148; 1052; and 1156-64.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel for the parties.

**ENTER:** This 15th day of September, 2005.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE